IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. FRUSTERE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., BRENDAN MURPHY, individually and as trustee of the MURPHY FAMILY TRUST, and DOES 1 TO 100,

    Defendants.

No. C 11-6395 MMC

**ORDER VACATING HEARING ON DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS**

Before the Court is defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, filed January 10, 2012. Pursuant to the Civil Local Rules of this District, opposition was due no later than January 24, 2012. See Civil L. R. 7-3(a) (providing opposition to motion must be served and filed no later than 14 days after the motion is served and filed). To date, no opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for February 24, 2012.

**IT IS SO ORDERED.**

Dated: February 8, 2012

                         MAXINE M. CHESNEY
                         United States District Judge