IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FRUSTERE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., BRENDAN MURPHY, individually and as trustee of the MURPHY FAMILY TRUST, and DOES 1 to 100,<br><br>    Defendants.<br>_____/ | No. C 11-6395 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for April 6, 2012 is hereby CONTINUED to May 25, 2012.

    **IT IS SO ORDERED.**

Dated: March 29, 2012

MAXINE M. CHESNEY
United States District Judge