IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. FRUSTERE,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. C 11-6395 MMC

**ORDER GRANTING WILLIAM E. SHAPIRO AND MARY CATHERINE WIEDERHOLD'S MOTION TO WITHDRAW AS ATTORNEYS; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES**

Before the Court is the "Motion to Withdraw as Attorney," filed August 10, 2012, by William E. Shapiro ("Shapiro") and Mary Catherine Wiederhold ("Wiederhold"), by which motion Shapiro and Wiederhold seek an order allowing them to withdraw as counsel of record for plaintiff Richard A. Frustere ("Frustere"). No opposition has been filed. Having read and considered the papers filed in support of the instant motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for September 21, 2012, and, good cause appearing, the motion is hereby GRANTED.

In light of the Court's having granted the instant motion, Frustere now proceeds pro se, and, accordingly, the Clerk is hereby DIRECTED to reflect on the docket the following contact information for Frustere:

/

Richard A. Frustere
24 Winnapaugh Rd.
Westerly, RI 02891

All represented defendants are hereby DIRECTED to continue to electronically file all documents.  Additionally, all defendants are hereby DIRECTED to serve all documents filed with the Court on Frustere at the above-stated address, either by mail or by personal delivery.

Frustere is hereby DIRECTED to submit all documents in paper form, specifically, by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a chambers copy of any original document, such copy clearly marked "Chambers Copy."  Additionally, Frustere is hereby DIRECTED to serve all defendants with a copy of any document he files with the Clerk, and to file proof of such service.  See Civil L.R. 5-6(a).[1]

**IT IS SO ORDERED.**

Dated:  September 13, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] Frustere is hereby ADVISED to obtain, either from his former counsel or from the Clerk of the Court, a copy of the Civil Local Rules for the Northern District of California.  Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.

2