IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FRUSTERE, | No. C-11-6395 MMC |
| Plaintiff, | **ORDER VACATING SEPTEMBER 28, 2012 HEARING ON DEFENDANT WELLS FARGO BANK'S MOTION TO DISMISS** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. / | |

Before the Court is defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, filed August 21, 2012. Plaintiff Richard A. Frustere has filed opposition, to which defendant has replied.

Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for September 28, 2012.

**IT IS SO ORDERED.**

Dated: September 25, 2012

MAXINE M. CHESNEY
United States District Judge