United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD A. FRUSTERE,                          No. C-11-6395 MMC

12            Plaintiff,                           **ORDER VACATING SEPTEMBER 28,**
                                                   **2012 HEARING ON DEFENDANT WELLS**
13     v.                                          **FARGO BANK'S MOTION TO DISMISS**

14   WELLS FARGO BANK, N.A., et al.,

15            Defendants.
     _____/

16

17          Before the Court is defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, filed

18   August 21, 2012.  Plaintiff Richard A. Frustere has filed opposition, to which defendant has

19   replied.

20          Having read and considered the papers filed in support of and in opposition to the

21   motion, the Court deems the matter appropriate for decision on the parties' respective

22   written submissions and hereby VACATES the hearing scheduled for September 28, 2012.

23          **IT IS SO ORDERED.**

24

25   Dated: September 25, 2012                     _____
                                                   MAXINE M. CHESNEY
26                                                 United States District Judge

27

28