IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FRUSTERE,<br><br>    Plaintiff,<br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants.<br>_____/ | No. 11-6395 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT MURPHY SHOULD NOT BE DISMISSED** |

On June 2, 2011, plaintiff filed the instant action in the San Mateo Superior Court, naming Wells Fargo Bank, N.A. and Brendan Murphy as defendants. On December 18, 2011, the instant action was removed to the federal district court. To date, plaintiff has not filed proof of service of the summons and complaint upon defendant Brendan Murphy. "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time," Fed. R. Civ. P. 4(m), and where, as here, the complaint is removed from state court, the 120-day period runs from the date of removal, see 28 U.S.C. § 1448; Fed. R. Civ. P. 81(c)(1).

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than October 17, 2012, why plaintiff's claims against Brendan Murphy should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: September 27, 2012

                                              MAXINE M. CHESNEY
                                              United States District Judge