IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FRUSTERE,<br><br>    Plaintiff,<br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | No. 11-6395 MMC<br><br>**ORDER DISMISSING DEFENDANT BRENDAN MURPHY WITHOUT PREJUDICE** |

By order filed November 1, 2012, the Court directed plaintiff to file proof of service of the summons and Third Amended Complaint on defendant Brendan Murphy ("Murphy") by December 7, 2012. Plaintiff has not filed proof of service on Murphy. Accordingly, plaintiff's claims against Murphy are hereby DISMISSED without prejudice. See Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: December 12, 2012

                                              MAXINE M. CHESNEY
                                              United States District Judge