IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. FRUSTERE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
    /

No. 11-6395 MMC

**ORDER RE: E-FILING; DIRECTIONS TO PLAINTIFF**

On March 12, 2013, the Court informed plaintiff Richard A. Frustere ("Frustere") that he is "not . . . to submit by email any document other than a proposed order." (<u>See</u> Order, filed Mar. 12, 2013 at 2-3.)

Thereafter, on April 5, 2013, Frustere sent to the Court's email address for proposed orders an eight-page email, which appears to be directed to counsel for Wells Fargo Bank, N.A., and which submission by email to the Court is in direct violation of the Court's March 12, 2013 directive.

Frustere is hereby ORDERED <u>not</u> to submit by email <u>any</u> further documents, including copies of any emails sent to defendant's counsel.

It is further ORDERED that if Frustere wishes to communicate with the Court, he shall do so only by filing (1) a motion or reply, (2) a response to a motion filed by the

opposing party, (3) a stipulation entered by both parties, or (4) a proposed form of order, and shall do so only through the court's Electronic Case Filing system or by mailing a hard copy to the Clerk of Court.

      Frustere is hereby ADVISED that his failure to comply with the above order likely will result in the imposition of monetary or other sanctions.

**IT IS SO ORDERED.**

Dated: April 8, 2013

MAXINE M. CHESNEY
United States District Judge