IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. FRUSTERE,

       Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

       Defendants.
                                        /

No. 11-6395 MMC

**ORDER SETTING ASIDE REFERENCE TO COURT-SPONSORED MEDIATION; REFERRING ACTION TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

On May 25, 2012, the above-titled action was referred to the court's mediation program. At that time plaintiff was represented by counsel. As plaintiff is now proceeding pro se, the reference to the court's mediation program, at the suggestion of the court's ADR Unit, is hereby SET ASIDE and the action is hereby REFERRED to a Magistrate Judge for the purpose of conducting a settlement conference, such conference to be conducted in May 2013, said Magistrate Judge's calendar permitting.

**IT IS SO ORDERED.**

Dated: April 26, 2013

                                                MAXINE M. CHESNEY
                                                United States District Judge