IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FRUSTERE,<br><br>　　　　Plaintiff,<br>　v.<br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. 11-6395 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT JUNE 21, 2013 HEARING** |

　　　　Before the Court is plaintiff's motion to appear telephonically at the June 21, 2013 hearing on defendant's motion for sanctions.  Plaintiff's motion was filed at 1:08 a.m. the morning of the hearing.  The Court does not hear contested matters telephonically; further, no good cause, either for anything other than a personal appearance or for plaintiff's delay in filing said motion, has been shown.

　　　　Accordingly, plaintiff's motion is hereby DENIED.

　　　　**IT IS SO ORDERED.**

Dated:  June 21, 2013

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge