IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. FRUSTERE,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

No. 11-6395 MMC

**ORDER RE: PLAINTIFF'S MOTIONS FILED JUNE 22, 2013**

      Before the Court are various motions, all filed June 22, 2013 by plaintiff Richard A. Frustere. The Court addresses each in turn.

      1. Plaintiff's "Motion for the Acceptance by This Honorable Court of Plaintiff's Written Opposition To Defendant's (Ref Doc 84) Motion for Sanctions" ("Motion for Acceptance"), by which plaintiff requests the Court consider his opposition, originally filed June 21, 2013 (see Doc. No. 95), to defendant's motion for sanctions, is hereby DENIED as moot. The Court, in ruling on defendant's motion for sanctions, has already considered said opposition. (See Order, filed June 21, 2013 at 1:24-25 (expressly noting Court's consideration of plaintiff's untimely opposition).)

      2. Plaintiff's "Motion to Remove Document Number 95 and Attachments Submitted in Error" is hereby DENIED. As noted above, the Court has considered said filing in its order of June 21, 2013. (See id.)

3. Plaintiff's "Motion to Remove Document 99 and Attachments Submitted in Error," by which plaintiff seeks to remove an earlier-filed, incomplete version of the above-referenced Motion for Acceptance, is hereby GRANTED.

4. Plaintiff's "Motion to Allow Exchange of Discovery, Depositions, Interrogatories et al Which Are a Part of the Judicial Process" and "Motion for a Forensic Accounting Performed by an Independent Court Appointed Professional Such as Rust Consulting" are hereby DENIED as untimely and moot, the Court's order of dismissal having been filed June 21, 2013, and judgment thereon having been entered.

**IT IS SO ORDERED.**

Dated: June 25, 2013

MAXINE M. CHESNEY
United States District Judge